to argue orally before this court. The moving parties should furnish four additional copies of the papers used on the motion on or before March 1, 1959. Present — Foster, P. J., Bergan, Coon, Herlihy and Reynolds, JJ.

■ WEST VIRGINIA PULP AND PAPER COMPANY, Plaintiff, v. A. D. LEWIS, as President of District 50, United Mine Workers of America, et al., Defendants.— Motion to dismiss appeal granted, without costs, unless defendants-appellants perfect appeal, file note of issue, and file and serve record and brief on or before March 31, 1959 and are ready for argument at the April Term of this court, in which event the motion is denied. Application for a stay of execution and for an order dispensing with a bond or other security pending final determination of the appeal herein. Application granted upon condition that defendants perfect their record on appeal on or before March 31, 1959, and are ready for argument at the April 1959 Term of this court. Present — Foster, P. J., Bergan, Coon, Herlihy and Reynolds, JJ.

## (February 14, 1959)

■ In the Matter of the Claim of WILLIAM LORER, Respondent, against GOTHAM CONCRETE AND CEMENT FINISH CORP., Appellant, and EMPLOYERS MUTUAL LIABILITY INSURANCE Co. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion by Employers Mutual Liability Insurance Co. to dismiss the appeal taken by employer denied on the ground that the appeal taken May 27, 1957 from the award of May 14, 1957 brings up for review the intermediate decision of May 2, 1955 discharging the carrier; and on the further ground that the findings of fact made after the appeal of May 27, 1957 reiterate and formalize the earlier decision holding the carrier's policy did not cover the accident here involved. Since a fragmented disposal of an appeal should be avoided, decision on the controversy between the appellant and the owner of the property and its carrier should be made at the same time as that between appellant and its carrier, and the case is restored to the calendar for the April Term. Foster, P. J., Bergan, Coon, Herlihy and Reynolds, JJ., concur.

## FOURTH DEPARTMENT, FEBRUARY, 1959

## (February 5, 1959)

■ PATRICK E. DIERNA, an Infant, by His Guardian ad Litem PATRICK F. DIERNA, Respondent, v. ROCHESTER TRANSIT CORPORATION et al., Appellants. — Judgment and order affirmed, with costs. All concur. (Appeal from a judgment of Monroe Trial Term for plaintiff in a bus line negligence action. The order denied a motion for a new trial.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ PATRICK F. DIERNA, Respondent, v. ROCHESTER TRANSIT CORPORATION et al., Appellants.— Judgment and order affirmed, with costs. All concur. Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ ELIZABETH A. BULLIS, an Infant, by ROSE A. BULLIS, Her Guardian ad Litem, Appellant, v. JOHN N. BURKE, Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order of Monroe Special Term granting defendant's motion to dismiss plaintiff's complaint in an automobile negligence action.) Present — McCurn, P. J. Williams, Bastow, Goldman and Halpern, JJ.